IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION WELFARE AND ANNUITY FUND,<br>*Plaintiff,*<br><br>v.<br><br>R & K EXCAVATION, INC., et al.,<br>*Defendants.* | Civil Number: **24-cv-302-RJD** |

# JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 12, 2024, this case is DISMISSED without prejudice. Each party to bear their own costs.

**DATED: March 12, 2024**

> **MONICA A. STUMP**
> **CLERK OF COURT**
>
> By: *s/Jamie Melson*
> **Deputy Clerk**

**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**